UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:14-cv-21884-BB

DEBRA HARRIS and BARBARA
STARK, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

NORDYNE, LLC,

    Defendant.
_____/

**PLAINTIFFS' MOTION FOR EXTENSION OF PAGE LIMITATION
FOR MOTION FOR CLASS CERTIFICATION**

Plaintiffs, Debra Harris and Barbara Stark ("**Plaintiffs**"), by and through the undersigned counsel, respectfully move for a 10-page extension of the page limitation for their forthcoming Motion for Class Certification and incorporated memorandum of law. In support of this motion for extension, Plaintiffs state:

1.    Plaintiffs' Motion for Class Certification ("**Motion**") is currently due on December 11, 2015 in accord with the Court's Order dated September 22, 2015. (Doc. 71).

2.    The page limitation for Plaintiffs' Motion for Class Certification and incorporated memorandum of law is 20 pages in accord with Local Rule 7.1(c)(2).

3.    Plaintiffs require 10 additional pages in order to properly address the numerous and complex facts and legal arguments at issue in this case, in addition to the requirements of Federal Rule of Civil Procedure 23.

1

4.     The Court may grant extensions of page limitations for good cause shown. *See Burdick v. Bank of Am., N.A.*, No. 14-62137, 2015 U.S. Dist. LEXIS 53614 (S.D. Fla. Apr. 14, 2015). This motion for extension of page limitation is not made for any improper purpose or to cause delay, and will not prejudice any party.

5.     No previous extensions of page limitations have been sought by Plaintiffs.

6.     Defendant does not oppose the relief sought in this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs a 10-page extension of the page limit for their Motion for Class Certification and incorporated memorandum of law.

Dated: December 3, 2015                     Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen (Bar No. 0027620)
Rachel Soffin (Bar No. 0018054)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jcohen@forthepeople.com
rsoffin@forthepeople.com

*Attorneys for Plaintiffs*

## RULE 7.1.(a)(3)(A) CERTIFICATION OF
## PRE-FILING CONFERENCE OF COUNSEL

As required by Local Rule 7.1(a)(3)(A), Plaintiffs' counsel conferred with Defendant's counsel by electronic mail on December 3, 2015. Defendant's counsel has authorized Plaintiffs' counsel to represent that Defendant has no objection to the 10-page extension requested herein.

/s/ Jonathan B. Cohen
Jonathan B. Cohen

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ Jonathan B. Cohen
Jonathan B. Cohen