**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:14-cv-21884-BLOOM/Valle

DEBRA HARRIS and BARBARA STARK, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

NORTEK GLOBAL HVAC, LLC,

        Defendant.

**DEFENDANT'S REPLY TO PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST TO DELAY RULING ON CLASS CERTIFICATION**

Defendant Nortek Global HVAC, LLC's ("NGHL") Response to Plaintiffs' Request to Delay Ruling on Class Certification [ECF. No. 113] ("Response to Plaintiffs' Request to Delay") was filed to address Plaintiffs' procedurally inappropriate request to delay this Court from ruling on Plaintiffs' Motion for Class Certification. As such, it was filed as a response tied to the class certification briefing in this case, and was the appropriate vehicle for challenging Plaintiffs' request to delay a ruling with respect to class certification. Contrary to Plaintiffs' assertions, NGHL has not taken – nor did it attempt to take – "multiple bites at several 'apples' that are currently pending before this Court." *See* Plaintiffs' Reply to Defendant's Response to Plaintiffs' Request to Delay Ruling on Class Certification [ECF No. 122] at 1. More specifically, the purpose of NGHL's Response to Plaintiffs' Request to Delay was to respond to a specific issue – namely, Plaintiffs' request for delay – and make it clear that, in accordance with the Court's November 10, 2015 Amended Scheduling Order [ECF No. 78] ("Order"), Plaintiffs' Motion to Exclude Opinions of Defendant's Expert Jane Sidebottom [ECF No. 111]

("Plaintiffs' Motion"), which included the request regarding delaying a ruling on the parties' class certification briefing, should have been filed at least four weeks prior if Plaintiffs intended to have the Court consider it for purposes of their Motion for Class Certification. *See* Order at 2 (making clear that class certification briefing closes on December 24, 2015). In its Response to Plaintiffs' Request to Delay, NGHL did not take *another* bite at the merits of Plaintiffs' Motion for Class Certification, but rather filed its Response to Plaintiffs' Request to Delay to make clear that Plaintiffs' request that the Court delay its ruling on the class certification briefing is unnecessary and inappropriate.[1]

For these reasons, NGHL respectfully requests that the Court appropriately consider both NGHL's (i) Response to Plaintiffs' Request to Delay and (ii) Defendant's Response in Opposition to Plaintiffs' Motion to Exclude Opinions of Defendant's Expert Jane Sidebottom [ECF. No. 118].

---

[1] NGHL made clear that it reserved the right to respond to Plaintiffs' Motion on the merits. *See* Response to Plaintiffs' Request to Delay at 2 n.3.

Dated: January 27, 2016

/s/ Edward Soto
Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
Erica Rutner (Fla. Bar No. (0070510)
Erica.Rutner@weil.com
Pravin Patel (Fla. Bar No. 0099939)
Pravin.Patel@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Fax:  (305) 374-7159

Arvin Maskin (*pro hac vice*)
Arvin.Maskin@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Nortek Global HVAC, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 27, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ Edward Soto
Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Fax:  (305) 374-7159

*Attorneys for Nortek Global HVAC, LLC*